IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>THE TJX COMPANIES, INC.,<br>　　　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 1:24-cv-00156-RAL<br>:<br>:<br>:<br>:<br>: |

**JOINT NOTICE OF SETTLEMENT**

NOW THIS 9th DAY OF AUGUST, 2024, all matters herein have been settled as between Plaintiff Anthony Hammond Murphy ("Plaintiff") and Defendant THE TJX COMPANIES, INC., ("Defendant") and the Parties hereby submit this Joint Notice of Settlement as follows :

1. A settlement in principle has been reached between Plaintiff and Defendant and a settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, Plaintiff will file a Notice of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by September 9, 2024, and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

Respectfully submitted,

*/s/Lawrence H. Fisher*
Lawrence H. Fisher (PA ID No. 67667)
One Oxford Centre
301 Grant Street, Suite 270
Pittsburgh, PA 15219
Tel. 412.577.4040
lawfirst@lawrencefisher.com

*/s/ Lotus Cannon*
Lotus Cannon, Esq.
620 Eighth Avenue
New York, New York 10018
(212) 218-5500
lcannon@seyfarth.com

*Counsel for Defendant*

*Attorneys for Plaintiff Anthony Hammond Murphy*